# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LUIS LOPEZ MOCTEZUMA,             No. CIV S-06-0627-FCD-CMK-P

    Petitioner,

  vs.                                                              ORDER

JAMES A. YATES,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On October 25, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 25, 2006, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus is denied; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: November 28, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE